IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 21-cv-2297-WJM-KLM

VIRUTH CHENG,

    Plaintiff,

v.

SHELTER MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT

    This insurance dispute is before the Court on Plaintiff Viruth Cheng's Motion to Remand to State Court, in which Plaintiff states that it is "indisputable that the policy at issue in this matter carries with it an obligation of the Defendant to pay [no][1] more than $50,000.00, excluding costs and interests." (ECF No. 16 at 6.) Because Plaintiff states that the amount in controversy does not exceed $75,000, as is required for the Court to exercise diversity jurisdiction, 28 U.S.C. § 1332, Plaintiff requests that the Court remand this case to the District Court of the State of Colorado for the County of Denver. (*Id.*)

    Defendant Shelter Mutual Insurance Company filed a response in which it states that based upon Plaintiff's statements that she seeks no more than $50,000, Defendant "stipulates to Plaintiff's Motion and to remand this matter to State Court." (ECF No. 19 at 2.)

---

[1] The parties conferred and have confirmed that Plaintiff intended to state that Defendant need pay "no more than $50,000." (ECF No. 19 at 2 n.1.)

In accordance with the foregoing, the Court ORDERS as follows:

1. Plaintiff Viruth Cheng's Motion to Remand to State Court (ECF No. 16) is GRANTED;

2. This case is REMANDED to the District Court of the State of Colorado for the County of Denver; and

3. The Clerk is DIRECTED to transmit the Court's file to Denver District Court and to thereafter terminate this case.

Dated this 4th day of October, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge